AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Jan 29, 2025
SEAN F. McAVOY, CLERK

DAVID LEE ROY KING, a/k/a/ DAVID L.R. KING

*Plaintiff*

v.

STATE OF LOUISIANA, LOUISIANA DEPARTMENT OF LICENSING, IBERVILLE PARISH, STATE OF WASHINGTON, and WASHINGTON DEPARTMENT OF LICENSING

*Defendant*

Civil Action No. 1:24-CV-3180-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Pursuant to the Court Order at ECF No. 17, the Washington Defendants' Motion to Dismiss, ECF No. 5, is GRANTED; the Plaintiff's claims against the Washington Defendants are DISMISSED; and the Plaintiff's Motion to Strike, ECF No. 13, is DENIED as moot.
Judgment is entered in favor of Washington State Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Mary K. Dimke.

Date: 1/29/2025

CLERK OF COURT

SEAN F. McAVOY

s/ Brian Molony
*(By) Deputy Clerk*

Brian Molony